**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

_____

            **Plaintiff(s),**        Case No. _____

   **vs.**

                                 **Judge:** _____
                                 **Magistrate Judge:** _____

_____

            **Defendant(s).**

**NOTICE SETTING MEDIATION**

[ X ]   **TAKE NOTICE** that a proceeding in this case has been set for a Settlement Conference for the place, date, and time set forth below:

Place:

Date:

Unless otherwise **ORDERED** either by the Court, on its own motion or at the request of the parties, the rules for mediation are:

    1.    **Each party** and the **trial attorney** must **attend**.
    2.    Plaintiff will tender to defendants and the mediator a fully documented settlement demand by _____.
    3.    Defendants will tender to plaintiff and to the mediator a fully documented response by _____.
    4.    All settlement discussions shall be subject to Federal Evidence Rule 408.

Date: _____                          _____
                                                             Mediator