**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS**

| | | |
|---|---|---|
| **KATHY FOUSE,** | ) | **CASE NO. 2:21-cv-00700-ALM-CMV** |
| | ) | |
| **Plaintiff,** | ) | **Judge Algenon L. Marbley** |
| | ) | |
| **v.** | ) | **Magistrate Judge Chelsey M. Vascura** |
| | ) | |
| **NEWELL BRANDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kathy Fouse ("Fouse") and Defendant The Yankee Candle Company, Inc., misnamed in the Complaint as Newell Brands, ("Yankee Candle") hereby stipulate as follows:

1.  The parties agree that all of Fouse's claims against Yankee Candle will be dismissed with prejudice; and

2.  The parties further agree that they shall bear their own attorneys' fees and costs in this litigation.

3.  Pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, (1994), the parties stipulate that the Court shall retain jurisdiction to enforce the terms of any settlement agreement.

IT IS SO STIPULATED.

Respectfully submitted,


/s/ Michael W. DeWitt
Michael W. DeWitt (0066896)
Dewitt Law, LLC
4200 Regent Street, Suite 200
Columbus, Ohio 43219
(614) 398-2886
(614) 750-1379 (facsimile)
mdewitt@dewittlawco.com
*Attorney for Plaintiff*

/s/ Mathew Parker
Mathew A. Parker (0093231)
Fisher & Phillips, LLP
250 West Street, Suite 400
Columbus, Ohio 43215
(614) 221-1425
(614) 221-1409 Fax
mparker@fisherphillips.com
*Counsel for Defendant*
*The Yankee Candle Company, Inc.*